DATE 11/4/11

BEFORE JUDGE Weinstein          AT 12:00  A.M./P.M.

C/R or ECR S. Schurman          MAG. _____

CIVIL CAUSE FOR MOTION HEARING

Docket Number CV10-4664

Title: Li et al vs. Ya Yi Cheng et al

(Pltff.) (Deft.) _____ motion for summary judgment

Appearances: For Pltff. Philip Sutter

For Deft. Todd Platek

✓ Case called.

✓ Counsel for all sides present.

____ Counsel for _____ not present.

____ Motion argued. ____ Motion Granted ____ Motion Denied.

____ Decision reserved.

✓ Order to be submitted by Court

____ Case adjourned to _____ for _____

✓ Other Respectfully referred to the Magistrate Judge for R&R as stated on the record.